FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 AUG -7 PM 4: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT E. ALLEN                                    CIVIL ACTION

VERSUS                                             NO. 09-2825

NEWELL NORMAND ET AL.                              SECTION "F" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motions for injunctive relief, Record Doc. Nos. 39 and 41, are **DENIED**, that defendants' motion to dismiss and/or for summary judgement, Record Doc. Nos. 10, 22 and 26, are hereby **GRANTED**, and that plaintiff's complaint is dismissed with prejudice.

New Orleans, Louisiana, this 7th day of AUGUST, 2009.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___